**Order entered December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00631-CV

### GUSTAVO TORRES, Appellant

### V.

### ANGEL LEE, INDIVIDUALLY AND D/B/A ANGEL CONSTRUCTION AND/OR 1004 CONSTRUCTION, 1004 CONSTRUCTION, INC., MI K. HAN-SON, MIKE K. HANSON AND HEIU S. LEE, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02662-2017**

## ORDER

Before the Court is appellant's December 14, 2018 opposed third motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 11, 2019. We caution that further extension requests will be disfavored.


/s/     DAVID EVANS
         JUSTICE